**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHANTOL STEELE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-6318** |
| | : | |
| **ENTERPRISE LEASING COMPANY OF PHILADELPHIA, LLC** | : | |
| | : | |

# ORDER

**AND NOW**, on this 28th day of October 2026, upon consideration of Enterprise Leasing Company of Philadelphia, LLC's motion for summary judgment (DI 20), Shantol Steele's response (DI 21), and Enterprise's reply (DI 22), and for the reasons stated in the accompanying memorandum, Enterprise's motion (DI 20) is **GRANTED IN PART** and **DENIED IN PART**. We grant Enterprise's motion for summary judgment on Ms. Steele's retaliation claims under 42 U.S.C § 1981 and the Philadelphia Fair Practices Ordinance (DI 1, Counts II and IV). We deny Enterprise's motion for summary judgment on Ms. Steele's discrimination claims under 42 U.S.C § 1981 and the Philadelphia Fair Practices Ordinance (DI 1, Counts I and III).

**MURPHY, J.**